1  DANIEL J. BERGESON, SBN 105439
   dbergeson@be-law.com
2  JAIDEEP VENKATESAN, SBN 211386
   jvenkatesan@be-law.com
3  BERGESON, LLP
   111 N. Market Street, Suite 600
4  San Jose, CA 95113
   Telephone:   (408) 291-6200
5  Facsimile:    (408) 297-6000

6  Attorneys for Plaintiff
   MATSON NAVIGATION COMPANY, INC.
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

| | |
|---|---|
| 11  MATSON NAVIGATION COMPANY, INC., | Case No. 18-CV-06677-HSG |
| 12                      Plaintiff, | **ORDER RE PLAINTIFF MATSON NAVIGATION COMPANY, INC.'S** |
| 13       vs. | **MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |
| 14  VENN CORPORATION DBA HAWAIIAN ISLANDS, | **SCHEDULED FOR FEBRUARY 5, 2019 AND RELATED DEADLINES** |
| 15                      Defendant. | |
| 16 | |
| 17 | **DEMAND FOR JURY TRIAL** |

Plaintiff Matson Navigation Company, Inc.'s ("Matson") administrative motion to continue the date of the Case Management Conference, set for February 5, 2019 and related deadlines came on hearing in the above captioned court, the Honorable Haywood S. Gilliam, Jr., presiding. The Court, having reviewed the papers regarding the administrative motion, and having read the respective arguments of counsel, finds that good cause supports a **45** day continuance. The Court hereby orders:

(1) The February 5, 2019 Case Management Conference shall be continued to March 26, 2019 at 2:00 p.m.

(2) All deadlines related to the Case Management Conference shall accordingly be continued.

IT IS SO ORDERED.

Dated: January 22, 2019

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE