UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATSON NAVIGATION COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> VENN CORPORATION, <br><br> Defendant. | Case No. 18-cv-06677-HSG <br><br> **JUDGMENT** |

Judgment is hereby entered consistent with the Court's Order Granting Motion for Default Judgment,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 6th day of August, 2019.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.